IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERTA ROBERTS | § | |
| | § | |
| v. | § | Civil Action No.: A-10-CA-205-SS |
| | § | |
| NCO FINANCIAL SYSTEMS, INC. | § | |

## JOINT MOTION TO DISMISS

COMES NOW plaintiff and defendant, by and through their undersigned counsel, and request

that this case be dismissed pursuant to Rule 41, Federal Rules of Civil Procedure. In support thereof,

the parties show as follows.

1.      Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act,

15 U.S.C. §1692, *et seq.* There are no counterclaims filed by defendant.

2.      The parties have resolved all matters in controversy amicably. As a result, the parties

now jointly seek to dismiss this case pursuant to Rule 41, Federal Rules of Civil Procedure.

WHEREFORE, the parties jointly request that this motion be granted and that this action be

dismissed with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure.


Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)
crews@crewsfirm.com


By: _____

1

Joe K. Crews
State Bar No. 05072500

ATTORNEYS FOR PLAINTIFF

Sessions Fishman Nathan & Israel LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
(214) 741-3008
(214) 741-3055 (Fax)
jhenson@sessions-law.biz

By: _____
Jessica A. Hawkins
State Bar No. 24068029

ATTORNEYS FOR DEFENDANT

3