FILED
2010 JUN 18 PM 4: 16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ROBERTA ROBERTS                   §
                                  §
v.                                §   Civil Action No.: A-10-CA-205-SS
                                  §
NCO FINANCIAL SYSTEMS, INC.       §

## ORDER GRANTING JOINT MOTION TO DISMISS

ON THIS DAY came on for consideration the parties' joint motion to dismiss pursuant to Rule 41, Federal Rules of Civil Procedure. Having considered the motion, pleadings, and argument of counsel, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED THAT the present action is dismissed with prejudice with each party incurring their own costs.

SIGNED this 18th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

1